**AFFIRM; and Opinion Filed October 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00593-CV

## IN THE INTEREST OF M.R., A CHILD

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-14-0065**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Justice Brown

Mother appeals from the trial court's order terminating her parental rights to her daughter, M.R. Mother's court-appointed attorney has filed a motion to withdraw along with an *Anders* brief asserting the appeal is without merit and there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738 (1967).

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights. *In re D.D.*, 279 S.W.3d 849, 850 (Tex. App.—Dallas 2009, pet. denied). Mother's court-appointed counsel has filed a brief in accordance with such procedures. Counsel's brief presents a professional evaluation of the record demonstrating why there are no arguable grounds for reversal. *See Anders*, 386 U.S. at 744; *see In re D.D.*, 279 S.W.3d at 850. Counsel certified that he notified Mother that he filed an *Anders* brief and informed her of her right to review the record and to file a brief or other response. *See In re D.D.*, 279 S.W.3d at

850. This Court also notified Mother that her attorney filed a brief in which he concluded her appeal was without merit. We forwarded Mother a copy of that brief and notified her of her right to review the appellate record and to file a pro se response. Mother did not request the record or file a response.

We have independently reviewed the entire record and counsel's brief. We agree this appeal is frivolous and without merit. We find nothing in the record that could arguably support the appeal. Accordingly, we affirm the trial court's order terminating Mother's parental rights to M.R. and grant counsel's motion to withdraw.

/Ada Brown/
_____
ADA BROWN
JUSTICE

150593F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN RE M.R., a CHILD

No. 05-15-00593-CV

On Appeal from the 59th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. FA-14-0065.
Opinion delivered by Justice Brown. Chief
Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, the trial court's order is
**AFFIRMED**.

Judgment entered this 20th day of October, 2015.